UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NARINDER SOHAL,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | No. 2:25-cv-01920-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik:

In light of the Court's Order granting in part and denying in part plaintiff's motion for leave to amend, Dkt. 28, and plaintiff's request for additional discovery under Federal Rule of Civil Procedure 56(d), defendant's motion for summary judgment, Dkt. 13, is DENIED without prejudice to renewal after plaintiff files his amended complaint and the parties have had an appropriate opportunity to complete discovery relevant to the issues raised therein.

DATED this 19th day of August, 2026.

JOSHUA C. LEWIS,
Clerk of Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik