Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NARINDER SOHAL, individually,<br><br>Plaintiff,<br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | Case No.: 2:25-cv-1920-RSL<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE** |

## I. STIPULATED MOTION

The parties, by and through their undersigned counsel of record, have conferred and hereby stipulate and jointly request that the Court continue the trial date and amend the case schedule (ECF No. 27) pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g).

## II. LEGAL AUTHORITY

### A. Applicable Legal Standard

A [case] schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent."). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604,



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444/F: (206) 467-5544

607 (9th Cir. 1992).

**B. <u>Good Cause Exists to Extend the Trial Date and Pre-Trial Deadlines</u>**

As a result of Plaintiff's Motion for Leave to Amend the Complaint and the Court Order on the same, the parties have been instructed to engage in further discovery in this matter. To date, the discovery permitted by this Court has not yet occurred. Instead, the parties have agreed to engage in Mediation in an attempt to resolve these claims without further litigation. That Mediation has been scheduled for December 8th.

Accordingly, to minimize costs to the parties as well as in the interest of judicial efficiency, the parties agree that a continuance of the expert witness disclosure deadline and associated deadlines is warranted. As this request is being made jointly by the parties, a short extension presents no prejudice to either party. Instead, a brief extension provides both parties with the opportunity to attempt to resolve the matter without incurring further costs.

In light of both parties' desire to minimize their respective costs depending on the outcome of the pending Mediation, good cause for a continuance exists. An amendment to the case schedule would allow the parties to determine if additional discovery, including retention of expert witnesses, is warranted. For these reasons, the parties respectfully move the Court to amend the case schedule and extend the trial date in this matter as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | November 4, 2026 | December 4, 2026 |
| Discovery completed by | January 4, 2027 | February 3, 2027 |
| All dispositive motions must be filed by | February 2, 2027 | March 4, 2027 |
| All motions *in limine* must be filed by | April 5, 2027 | April 5, 2026 |
| Agreed pretrial order due | April 21, 2027 | April 21, 2027 |



LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444/F: (206) 467-5544

| | | |
|---|---|---|
| Trial briefs and trial exhibits due | April 29, 2027 | April 29, 2027 |
| Bench Trial Date | May 3, 2027 | May 3, 2027 |

DATED this 29th day of October, 2026.

KODE LAW

*s/ Preet Kode*
Preet Kode, WSBA #45424
10900 NE 4th St., Ste. 2300
Bellevue, WA 98004
P: (253) 221-2127
preet@kodelawfirm.com
*Counsel for Plaintiff Narinder Sohal*

LETHER LAW GROUP

*/s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
emcgraw@letherlaw.com
*Counsel for Defendant Progressive Direct Insurance Company*

## III. ORDER

The Court, having reviewed the above Stipulated Motion, hereby ORDERS that the following deadlines are extended as follows:

| EVENT | DATE |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | December 4, 2026 |
| Discovery completed by | February 3, 2027 |
| All dispositive motions must be filed by | March 4, 2027 |
| All motions *in limine* must be filed by | April 5, 2026 |
| Agreed pretrial order due | April 21, 2027 |
| Trial briefs and trial exhibits due | April 29, 2027 |
| Bench Trial Date | May 3, 2027 |

DATED this 3rd day of November, 2026.

Mrt S Casnik

THE HONORABLE ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

KODE LAW

*s/ Preet Kode*
Preet Kode, WSBA #45424
10900 NE 4th St., Ste. 2300
Bellevue, WA 98004
P: (253) 221-2127
preet@kodelawfirm.com
*Counsel for Plaintiff Narinder Sohal*

LETHER LAW GROUP

*/s/ Ellen McGraw*

Ellen McGraw, WSBA #60240
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
emcgraw@letherlaw.com
*Counsel for Progressive Direct Insurance Company*